IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-04060-01-CR-C-SOW |
| | ) | |
| **ERYK DELMAR STURTEVANT,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by and through the United States Attorney for the Western District of Missouri, and hereby moves the Court to unseal the Indictment in the above case.

Respectfully submitted,

**John F. Wood**
United States Attorney

By
/s/

**Lawrence E. Miller**
Assistant United States Attorney
Missouri Bar No. 39531

For good cause shown, it is hereby ordered that the Motion to Unseal the Indictment is granted and is hereby Ordered unsealed as of this date.

_10/3/07_
Date

**William A. Knox**
Magistrate Judge