IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-4060-01-CR-C-SOW |
| ) | |
| ERYK DELMAR STURTEVANT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #19) prepared by United States Magistrate Judge William A. Knox. Defendant Eryk D. Sturtevant appeared before Magistrate Judge Knox on August 5, 2008 and entered a plea of guilty to Count I of the indictment filed on October 6, 2008. It is hereby

ORDERED that the plea of guilty is accepted and defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Sturtevant.

                                            ____/s/ Scott O. Wright_____
                                            SCOTT O. WRIGHT
                                            Senior United States District Judge

Dated: ___8/7/2006_____